

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | SEALED INDICTMENT |
| v. | Case No. 22 CR 062 WMC |
| ASHLEY ZASTROW, | 18 U.S.C. § 924(a)(1)(A) |
| Defendant. | |

---

THE GRAND JURY CHARGES:

### COUNT 1

On or about January 13, 2022, in the Western District of Wisconsin, the defendant,

ASHLEY ZASTROW,

knowingly made a false statement and representation to Ace Hardware, Wisconsin Rapids, Wisconsin, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Ace Hardware, in that the defendant executed a Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Form 4473, Firearms Transaction Record, indicating that she was the actual buyer of the firearm indicated on the ATF Form 4473 (a Bersa pistol and a Smith and Wesson pistol) when in fact as the defendant then knew, she was not the actual buyer of the firearm.

(In violation of Title 18, United States Code, Section 924(a)(1)(A)).

## FORFEITURE ALLEGATION

As result of the offense charged in Count 1 of the indictment, the defendant,

ASHLEY ZASTROW,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 (d)(1), all right, title, and interest in any property constituting and derived from any proceeds, the defendant obtained directly or indirectly, as a result of said violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including but not limited to the following property: a Bersa pistol, serial number L10283; and a Smith and Wesson pistol, serial number REB6305.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 05-11-2022

_____
TIMOTHY M. O'SHEA
United States Attorney